IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| LATICIA SANDERS<br>and<br>LAKEENA WILLIAMS<br>　　　Plaintiffs,<br><br>SRZ OP LEE'S SUMMIT, LLC<br>d/b/a Polaris Health and Wellness of<br>Lee's Summit Pointe,<br>　　　Defendants. | Case No: 23-cv-00543-SRB |

___ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's motion for remand to State Court (Doc. #7) is granted. This case is hereby remanded to the Circuit Court of Jackson County, Missouri.


September 29, 2023　　　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sara Borneman
　　　　　　　　　　　　　　　　　　　　　　　 (by) Deputy Clerk